DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ESTELLA HERNANDEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:20-cv-01112-DAD-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from March 11, 2022 to April 11, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff's Counsel respectfully states that the requested extension is necessary as she continues to care for her ill father in Houston, Texas with limited access to the

computer. Plaintiff's Counsel has included a declaration in support of the motion. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                  Respectfully submitted,

Dated: March 10, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Dolly M. Trompeter*
                                  DOLLY M. TROMPETER
                                  Attorneys for Plaintiff

Dated: March 10, 2022        PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                              By:  */s/ Sathya Oum*
                                  Sathya Oum
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant
                                  (*As authorized by email on March 10, 2022)

## **ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include April 11, 2022, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 8) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 11, 2022**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE