UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ESTELLA HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-01112-DAD-BAM<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 26) |

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's third request for an extension of time to file an Opening Brief is GRANTED.  Plaintiff shall file an Opening Brief on or before May 11, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.  The parties are cautioned that no further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

   Dated:   **April 4, 2022**           /s/ *Barbara A. McAuliffe*         
                                  UNITED STATES MAGISTRATE JUDGE

1