UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ESTELLA HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:20-cv-01112-ADA-BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

Plaintiff Gloria Estella Hernandez and Defendant, the Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on August 5, 2022. (ECF No. 31.) The parties agree that, on remand, "the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision" and will "instruct the ALJ to take further action, as warranted, to complete the administrative record." (*Id.* at 1.) Further, the parties stipulated that final judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.* at 2.)

///

///

///

///

Accordingly,

1. The stipulation of the parties, (ECF No. 31), is granted;
2. The matter is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g);
3. Plaintiff's opening brief, (ECF No. 28), is terminated as moot; and
4. The Clerk of Court is directed to enter final judgment in favor of Plaintiff Gloria Estella Hernandez and against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   October 19, 2022

_____
UNITED STATES DISTRICT JUDGE

2